JOSEPH CAMPAU
v.
RENÉ MARSAC

1806

JOURNAL ENTRIES

1. Affirmance . . . . . . . . . . . *Journal, infra,* *p. 30

70

PAPERS IN FILE

[None]